# EXHIBIT B



FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

AUG 22 2017

R. NATIVIDAD

1  Michael P. Green. SBN 168565
   TOFER & ASSOCIATES, PLC
2  8889 West Olympic Blvd., Penthouse
   Beverly Hills, California 90211
3  Telephone No.: 310-277-9000
   Facsimile No.: 310-277-2888
4
5  Attorney for Plaintiff, Antorinette Jackson

6               SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                      FOR THE COUNTY OF RIVERSIDE

8                     RIVERSIDE HISTORIC COURTHOUSE

9
10 ANTORINETTE JACKSON,                      )  CASE NO. **RIC 1715688** 1
                                             )
11      Plaintiff,                           )  COMPLAINT FOR DAMAGES:
                                             )
12      vs.                                  )  1. ACTION AGAINST PUBLIC ENTITY
                                             )  AND EMPLOYEE BASED ON TORTIOUS
13 STATE OF CALIFORNIA, DEPARTMENT OF        )  ACT OF EMPLOYEE WITHIN SCOPE OF
   CORRECTIONS; FRANK TRUONG, MD; and        )  EMPLOYMENT [GOV. CODE § 815.2]
14 DOES 1 through 50, inclusive,             )
                                             )  2. DEPRIVATION OF RIGHTS UNDER
15                                           )  COLOR OF STATE LAW PURSUANT TO 42
        Defendants.                          )  U.S.C. § 1983
16                                           )

17
18      All allegations in this Complaint are based upon information and belief, except for those

19 allegations that pertain to the Plaintiff named herein and their counsel. Each allegation in this

20 Complaint either has evidentiary support or is likely to have evidentiary support after reasonable

21 opportunity for further investigation and discovery. Plaintiff, ANTORINETTE JACKSON, makes

22 the following allegations against Defendants, STATE OF CALIFORNIA, DEPARTMENT OF

23 CORRECTIONS and FRANK TRUONG, MD, and DOES 1 through 50, inclusive:

24 ///

25
26 JURISDICTION AND VENUE

27    1.  This Court has jurisdiction over this action pursuant to California Code of Civil Procedure

28        section 410.10.

                              - 1 -
                   PLAINTIFF'S COMPLAINT FOR DAMAGES

Exhibit B, p. 9

1    2.  Venue is proper in the County of Riverside pursuant to California Code of Civil Procedure

2         section 395(a) because Plaintiff's injuries occurred in Riverside County, State of California.

3    **PARTIES**

4    3.  ANTORINETTE JACKSON ("JACKSON") is, and was, at all times mentioned herein:

5         a.  A resident of the city of Corona, county of Riverside, California; and

6         b.  Injured by Defendants' conduct in the city of Corona, county of Riverside,

7              California.

8    4.  Plaintiff is informed and believes, and thereon alleges, that Frank Truong, MD is, and was,

9         at all times mentioned herein:

10        a.  A doctor of internal medicine and registered to practice medicine in the State of

11             California; and

12        b.  The primary treating doctor of Plaintiff when Plaintiff was injured at the facility of

13             Defendant STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS in

14             Corona, California.

15   5.  The State of California ("State"), is, and at all times mentioned herein was, a sovereign state

16        of the United States of America, operating at all times mentioned herein a Department of

17        Corrections and Rehabilitation, duly organized and existing under the laws of the State of

18        California.

19   6.  The true name and capacities, whether individual, corporate, partnership, associate, or

20        otherwise of Defendant DOES 1 through 50, inclusive, are unknown to Plaintiff who

21        therefore sue these Defendants by such fictitious names pursuant to California Code of Civil

22        Procedure § 474. Plaintiff will seek leave to amend this Complaint to allege Defendant

23        DOES 1 through 50 true names and capacities when they are ascertained.

24   7.  Plaintiff is informed and believes, and thereon alleges that each Defendant named in this

25        Complaint, including DOES 1 through 50, inclusive, is responsible in some manner for one

26        or more of the events and happenings, and proximately caused the injuries and damages,

27        hereinafter alleged.

28

PLAINTIFF'S COMPLAINT FOR DAMAGES
Exhibit B, p. 10

8. Plaintiff is informed and believes, and thereon alleges that each Defendants named in this Complaint, including DOES 1 through 50, inclusive, are, and at all times mentioned herein were, the agent, servant, and/or employee of each of the other Defendants, and that each Defendant was acting within the course and scope of this, her, or its authority as the agent, servant, and/or employee of each of the other Defendants. Consequently, each Defendant is jointly and severally liable to Plaintiff for the damages sustained as a proximate result of their conduct.

9. Plaintiff is informed and believes, and thereon alleges that certain acts, omissions, events, transactions, and damages of which Plaintiff is currently unaware proximately caused the damages which Plaintiff seeks to recover in this action. Plaintiff will seek leave to amend this Complaint to allege such acts, omissions, events, transactions, and damages when such are ascertained, or will prove such acts, omissions, event, transactions, and damages at the time of trial.

10. Plaintiff is informed and believes, and thereon alleges that all Defendants have, and at all times herein mentioned had, a joint economic and business interest, goal and purpose in the subject of this lawsuit.

## FACTUAL BACKGROUND

11. On August 21, 2016 Plaintiff JACKSON was a prisoner, in the custody of the California Department of Corrections, at California Institute for Women, in Corona, California.

12. Defendant TRUONG was, at all times mentioned in this complaint, an agent of the State of California, employed as Medical Officer at California Institute for Women. Defendant Truong was, at all times mentioned in this complaint, acting in the course and scope of his employment as Medical Officer at California Institute for Women, and at all times mentioned in this complaint, acting under color of state law.

13. On or about August 21, 2016, Plaintiff slipped and fell in the shower of the prison, fracturing her ankle. The prison transported Plaintiff to Riverside Regional Medical Center, where she was provided emergency Medical treatment including, but not limited to internal

1    fixation with surgical implantation of fixation hardware.   After surgery, Plaintiff was

2    transported back to the prison.

3    14. Between August 21, 2016 and November 5, 2016, Plaintiff was a prisoner at California

4    Institute for Women, under the Care of Defendant Truong.  During this time, Defendant

5    Truong, and other physicians, surgeons and health care practitioners employed by Defendant

6    State to perform necessary Medical Services for prisoners of the California Institute for

7    Women denied, delayed, and/or intentionally interfered with medical treatment needed by

8    the Plaintiff by acting with deliberate indifference to her medical condition.  As a result, the

9    surgical wound became infected and gangrenous.

10    15. On or about November 5, 2016, Defendants transported Plaintiff back to Riverside Regional

11    Medical Center where the gangrenous surgical wound was identified and treated.  At this

12    time, the infection had spread through the lower leg of the Plaintiff and continued to spread

13    to the point where Plaintiff ultimately needed skin grafts to repair and replace the degraded

14    and decomposed skin caused by the infection.

15

## FIRST CAUSE OF ACTION

16

17    **ACTION AGAINST PUBLIC ENTITY AND EMPLOYEE BASED ON TORTIOUS ACT OF**

18    **EMPLOYEE WITHIN SCOPE OF EMPLOYMENT [GOV. CODE § 815.2] (By Plaintiff**

19    **Against Defendants State and Dr. Luong, and Does 1 through 50)**

20    16. Plaintiff repeats, re-alleges, and incorporates by reference each and all of the allegations

21    contained in paragraphs 1 through 15, inclusive, of this Complaint, and by this reference

22    incorporates the same into this cause of action herein.

23    17. Defendants DR. Luong and STATE, and Does 1 through 50, inclusive, owed a duty to

24    Plaintiff JACKSON to provide her with the medical care that was within the standard of

25    care.

26    18. Between August 21, 2016, and November 5, 2016 said Defendants and Does, jointly and

27    individually, negligently failed to exercise the proper degree of knowledge, skill, and

28    competent, and therefore fell below the applicable standard of care by:

    a.  Failing to properly monitor the condition of Plaintiff's ankle and leg, including the surgical incision;

    b.  Failing to diagnose the infection spreading in and around the surgical site;

    c.  Failing to properly treat the infected surgical incision and surgical site so as to prevent its progression and spread.

19. As a direct and proximate result of the medical malpractice and negligence of Defendants DR. TRUONG and STATE, and Does 1 through 50, inclusive, Plaintiff JACKSON was injured in her health, strength, and activity, sustained injury to her body and shock and injury to her nervous system and person, and sustained personal injuries, all of which has caused and continue to cause Plaintiff great mental, physical, and nervous pain and suffering. These injuries are all to Plaintiff's general damages.

20. On or about February 16, 2017, Plaintiff presented to State of California by mailing a claim to the Victims and Compensation Board for the injuries, disability, losses, and damages suffered and incurred by reason of the above-described occurrence, all in compliance with the requirements of Section 905 of the Government Code. A copy of the claim is attached hereto as Exhibit A and made a part hereof.

21. To date, Defendant State has not notified Plaintiff or Plaintiff's representatives of any action taken upon presentation of that claim.

## SECOND CAUSE OF ACTION

**DEPRIVATION OF RIGHTS UNDER COLOR OF STATE LAW PURSUANT TO 42 U.S.C. § 1983**

**(By Plaintiff Against Defendants TRUONG and STATE, and Does 1 through 50)**

22. Plaintiff repeats, re-alleges, and incorporates by reference each and all of the allegations contained in paragraph 1 through 23, inclusive, of this Complaint, and by this reference incorporates the same into this cause of action herein.

23. Plaintiff, Antorinette Jackson is, and at all times mentioned in this complaint was, a citizen of the United States, and a prisoner, in the custody of the California Department of Corrections, at California Institute for Women in Corona, California.

PLAINTIFF'S COMPLAINT FOR DAMAGES
Exhibit B, p. 13

24. Defendant Frank Truong is, and at all times mentioned in this complaint was a resident of Orange County, California. Venue is therefore proper under 28 U.S.C. § 1391(b).

25. A substantial part of the events giving rise to this action occurred in Riverside County, California. Venue is therefore proper under 28 U.S.C. § 1391(b).

26. Defendant Truong was, at all times mentioned in this complaint, an agent of the State of California, employed as a Medical Officer at California Institute for Women].

27. Defendant Truong was, at all times mentioned in this complaint, acting in the course and scope of his employment as Medical Officer at California Institute for Women.

28. Defendant Truong was, at all times mentioned in this complaint, acting under color of state law.

29. Defendant Truong is sued in his individual and official capacities.

30. Between August 21, 2016, and November 5, 2016 said Defendants and Does, jointly and individually, negligently failed to exercise the proper degree of knowledge, skill, and competent, and therefore fell below the applicable standard of care by:

    a. Failing to properly monitor the condition of Plaintiff's ankle and leg, including the surgical incision;

    b. Failing to diagnose the infection spreading in and around the surgical site;

    c. Failing to properly treat the infected surgical incision and surgical site so as to prevent its progression and spread.

31. In acting as alleged in this complaint, Defendants acted with deliberate indifference to Plaintiff's serious medical needs.

32. In acting as alleged in this complaint, Defendants violated plaintiff's right to be free of cruel and unusual punishment, guaranteed by the Eighth and Fourteenth Amendments to the United States Constitution.

33. As a direct and proximate result of defendant's actions, described in this complaint, plaintiff has suffered injury, pain, and emotional distress in that she has had to suffer from a gangrenous infection in her leg, and the subsequent debridement and removal of infected

1    skin and tissue, followed by skin grafts to repair and replace the infected and deteriorated

2    skin caused by the gangrenous infection.

3    34. In acting as is alleged in this complaint, Defendants acted knowingly, willfully, and

4    maliciously, and with reckless and callous disregard for plaintiff's federally protected rights.

5    35. As a result of defendant's actions, Plaintiff has suffered and will continue to suffer extreme

6    hardship and actual and impending irreparable injury, pain, and/or emotional distress.

7                                    **PRAYER FOR RELIEF**

8    WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

9         1.   For general damages according to proof;

10        2.   For medical, hospital, and incidental expenses according to proof;

11        3.   For costs of suit herein incurred; and

12        4.   For such other and further relief as the Court may deem proper.

13

14                                          TOFER & ASSOCIATES, PLC

15
     DATED: August 14, 2017
16
17                              By
                                   _____
18                                 Michael P. Green, Esq.
                                   Attorney for Plaintiff,
19                                 ANTORINETTE JACKSON

20

21

22

23

24

25

26

27

28