UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-2312-DOC (KKx) | Date: | February 12, 2019 |
| Title: | *Antorinette Jackson v. State of California Department of Corrections, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | RS4 02-11-19 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael Paul Green | Gary Ostrick |

**Proceedings:**     Order Re: Settlement Conference

The matter was called for a settlement conference as previously scheduled.

Attorney Michael Paul Green appeared on behalf of plaintiff, Antorinette Jackson, who was present. California Deputy Attorney General Gary Ostrick appeared on behalf of defendants, State of California Department of Corrections and Frank Truong, M.D., who was present.

After significant discussions and consultation with the Court, the parties were unable to agree upon a settlement.