| | |
|---|---|
| 1 | Michael P. Green, SBN 168565 |
| 2 | TOFER & ASSOCIATES, PLC<br>8889 West Olympic Blvd., Penthouse |
| 3 | Beverly Hills, California 90211<br>Telephone No.: 310-277-9000 |
| 4 | Facsimile No.: 310-277-2888<br>Email: mpgima@toferlaw.com |

Attorney for Plaintiff Antorinette Jackson

JS-6

XAVIER BECERRA
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General
GARY OSTRICK
Deputy Attorney General
State Bar No. 211031
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6523
  Fax: (213) 897-2810
  E-mail: Gary.Ostrick@doj.ca.gov

Attorneys for Defendants Frank Truong,
M.D., and State of California, acting by and
through the California Department of
Corrections and Rehabilitation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTORINETTE JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS; FRANK TRUONG, M.D., et al.,<br><br>        Defendants. | Case No. 5:17-CV-02312-DOC-KK<br><br>**ORDER APPROVING STIPULATION REQUESTING REMAND OF CASE TO STATE COURT** [59]<br><br>Judge:  David O. Carter<br>Courtroom: 9B<br><br>Trial Date:  April 23, 2019<br>Action Filed: August 22, 2017 |

The Court having reviewed and considered the Stipulation Requesting Remand of Case to State Court, which was jointly submitted and filed by Plaintiff Antorinette Jackson and Defendants Frank Truong, M.D, and the State of California, acting by and through the California Department of Corrections and Rehabilitation, by and through their respective counsel of record, and the dismissal on February 12, 2019, of Plaintiff Antorinette Jackson's sole cause of action brought under federal law, and finding good cause, HEREBY ORDERS that this case shall be remanded to the jurisdiction of the Riverside County Superior Court for further proceedings and the adjudication of any remaining causes of action in Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

DATED: February 26, 2019

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE